# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Richard Goode<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-mj-776<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  10/7/2023-6/27/2025 and 10/7/2025  in the county of  Butler  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Hannah Gilmore, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence via FaceTime Video Conference.

Date: 10/7/2025

*Judge's signature*

City and state:  Cincinnati, Ohio    Honorable Karen L. Litkovitz, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Hannah Gilmore, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February of 2023. I am currently assigned to the Violent Crimes squad of the Cincinnati Division of the FBI. In this capacity, I am responsible for investigating violations of Title 18 of the United States Code and other violations of federal law. I have conducted and participated in investigations that involved the use of advanced investigative techniques such as: execution of search warrants on social media accounts, and physical structures; pen register and trap/trace devices; undercover operations; and physical surveillance. During these investigations, which included efforts to defraud the government, wire fraud, interstate communications, violent crimes against children, among others. I participated in witness interviews, and analyzed documents such as financial records, contracts, and toll data.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and arrest warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(2) - distribution or receipt of child pornography and 18 U.S.C. § 2252A(a)(5)(B) - possession of child pornography, (collectively, the "Subject Offenses"), have been committed by Richard Goode.

## STATUORY AUTHORITY

4. Title 18 United States Code § 2252A(a)(2), in relevant part, prohibits any person from knowingly receiving or distributing any child pornography or material that contains child pornography using any means or facility of interstate or foreign commerce or in or affecting

1

interstate or foreign commerce by any means, including by computer.

5.  Title 18 United States Code § 2252A(a)(5)(B), in relevant part, prohibits any person from knowingly possessing any book, magazine, periodical, film, video tape, or other material that contains an image of child pornography that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

6.  On or about January 12, 2024, FBI Portland received multiple Cybertips from Oregon State Police related to the possession of child sexual abuse material ("CSAM"). During this investigation, the following, among other things, occurred:

- On or about March 3, 2024, FBI Portland reviewed the results of a subpoena to Crypto.com and identified the following information about the individual who owned a cryptocurrency wallet that had sent cryptocurrency to known cryptocurrency wallets controlled by websites hosting CSAM in September of 2023.
    - Name: Richard L Goode
    - Date of Birth: 09/09/1968
    - Address: 618 Hayes Avenue, Hamilton, Ohio 45015
    - Email: richy9568@gmail.com
    - Phone: 513-226-5531

- On or about March 12, 2024, FBI Cincinnati was contacted by FBI Portland that Richard GOODE's Crypto.com account had made cryptocurrency transactions which appeared to be associated with the purchase of CSAM.

2

- On or about March 13, 2024, FBI Cincinnati used blockchain analysis/blockchain proprietary software to investigate the transactions made by Richard GOODE.
    - According to Crypto.com records, GOODE used an iPhone to access his account from IP address, 107.115.97.97. Blockchain analysis and open-source research revealed GOODE sent Bitcoin ("BTC") to the BTC address, starting with "bc1qlagk."[1] Crypto.com provided the additional details regarding this transaction:
        - Transaction 1: 58ba0601b8… [2]
        - Blockchain Date/Time: September 16, 2023, at approximately 04:46 UTC
        - Amount: 0.00150373 BTC (Approximately $24)
    - According to the Internet Watch Foundation (IWF)[3], the BTC address starting with "bc1qlagk" to which GOODE sent these funds, is part of a BTC wallet used by a website known to host CSAM, "Kiddi Basket."
    - According to Crypto.com records, GOODE used an iPhone to access his account from IP address, 107.115.92.97. Blockchain analysis and open-source research revealed the BTC address starting with "bc1qpp0l."[4] Crypto.com provided the additional details regarding this transaction:

---

[1] Full BTC Address: bc1qlagkf8z2c7gyycyx8kwpmxwvyvkynhppemvc2w
[2] Full BTC Transaction number: 58ba0601b833a31ad0e30bde3b6703fa883774e47b105471f02921eaf99e2877
[3] IWF is an independent non-government organization formed in the United Kingdom that reviews reports of illegal content on the internet, including child sex abuse material. IWF also works with international law enforcement partners to identify and remove such content. *See* "How we assess & remove content," Internet Watch Foundation, available at https://www.iwf.org.uk/about-us/how-we-assess-and-remove-content/ (last accessed Oct. 1, 2025).
[4] Full BTC Address: bc1qpp0lyeduusm353wc525pp8hqck8mzwtudjynu2

3

- Transaction 2: da14a91472… [5]

- Date/Time: September 21, 2023, at approximately 2:23 UTC

- Amount: 0.000688 BTC ($19)

- According to IWF, the BTC address starting with "bc1qpp01" to which GOODE sent these funds, is part of a BTC wallet known to host CSAM, "Lovely Boys."

7. Separately, in March of 2025, FBI Cincinnati received information from a Task Force Officer (TFO), utilizing law enforcement tools, that identified Internet Protocol addresses actively participating on BitTorrent (a peer-to-peer file sharing network)[6] receiving and sharing parts of files known to be consistent with child pornography. A device using IP address 74.215.202.21 (hereinafter referred to as "the Subject IP Address") actively participated on BitTorrent receiving and sharing parts of files known to be CSAM. On or about March 26, 2025, Hamilton County Sheriff's Office issued a subpoena to Alta Fiber for the subscriber information associated with the Subject IP Address. Alta Fiber produced records showing that the Subject IP Address was assigned to the 734 Chase Avenue, Hamilton, Ohio 45015 (hereinafter "the Subject Premises"). This information was provided to your affiant on or about May 14, 2025, by a TFO who received the information directly from Alta Fiber. Alta Fiber also provided the following information about the subscriber of the Subject IP Address:

---

[5] Full BTC Transaction number: da14a9147238ec9109cc9a0167e08b6557ce89de3c6e5b1c69a6d057c79c8e5c

[6] P2P file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network. These P2P networks are commonly referred to as decentralized networks because each user of the network is able to distribute information and queries directly through other users of the network, rather than relying on a central server to act as an indexing agent, where all of the information is first deposited before it is distributed. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. However, only files that are specifically stored in shared folders are exchanged. Therefore, a user needs simply to move a file from one folder to another to stop the distribution across the Internet. Further, once a file or files are placed in a shared folder its distribution is dependent only on the machine being turned on and connected to the Internet.

- Subscriber Name: Richard Goode

- Service Address: 734 Chase Avenue, Hamilton, Ohio 45015

- Username: richy9568@gmail.com

- Phone Number: 513-226-5531

- Account Number: 5131017747682

- MAC: 08:b4:b1:ae:b0:12

- Lease: 8/28/2024 – 3/27/2025[7]

8. On October 4, 2024, between 8:21am and 10:16am, a download was successfully completed of multiple files that a device using the Subject IP Address was making available. The device using the Subject IP Address was associated with a torrent with the infohash: ece498c9ee89d817fe72be7ec833916516ef20f4. This torrent file references 350 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. The device using the Subject IP Address was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address. The following files were reviewed by the affiant and are described as follows:

- A 9 minute and 37 second video file titled "2010 - BEC – hellyeah" depicting multiple scenes between what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair, on a bed with what appears to be an adult man inserting objects into her anus, including a white rigid object and his penis.

- A 7 minute and 9 second video file titled "k4" depicting multiple scenes between what appears to be a prepubescent girl due to lack of visible breast development and

---

[7] The latter date for the lease term of the subscriber information reflects the date that the subpoena was provided, not necessarily the end date for the subscription.

5

lack of visible pubic hair and an adult man. In one scene the man is seen laying naked on the bed with the girl's hands on his penis. In one scene the girl is seen laying on her back with her fingers in her genitals. In one scene the man is seen inserting his penis into the girl's anus.

- A 13 minute and 10 second video file titled "O-DVD 013" depicting multiple scenes. In one scene, what appears to be a prepubescent girl, due to the lack of visible breast development and lack of visible pubic hair, is seen naked with a rope tied around her neck and chest, hanging from roped tied around her wrist, what appears to be an adult standing behind her fondling her chest and her genitals. In one scene, what appears to be a prepubescent girl, due to the lack of visible breast development and lack of visible pubic hair, is seen tied down by her abdomen, arms, and legs while what appears to be an adult man put his penis on her face. In one scene, what appears to be an adult man fondles the genitals of what appears to be prepubescent girl, due to the lack of visible breast development and lack of visible pubic hair, and then assists her to sit on a stool with a rigid object attached, inserting the object into her anus multiple times. The man is then seen standing in in front of the girl and the girl's mouth is on his penis.

9. On January 9, 2025, between 12:51pm and 1:08pm, a download was successfully completed of multiple files that a device using the Subject IP Address was making available. The device using the Subject IP Address was associated with a torrent with the infohash: 7d55d60625e34e13edc9e99e770b95b28868c2f2. This torrent file references 12 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. The device using the Subject IP Address was the sole candidate for each download, and as such, each file was downloaded directly from this IP Address. The following

6

files were reviewed by the affiant and are described as follows:

- A 12 minute and 21 second video file titled, "9b6763a6fac154a1c1601d3cd33f73b1 - 2007 anal girl man oral pthc sound tara toys.wmv" shows, at the beginning of the video, a blue screen with the words "Tara 8 years old "Ass to Mouth" …her daddy really treats her like a total fucking whore!" and at the end of the video, a blue screen with the words "starring 8 year old Tara" and "filmed February 6th, 2007". The video depicts multiple scenes between what appears to be an adult man and what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair wearing a yellow in color mask. The man is seen, during multiple scenes, with him holding the girls head against him with her mouth around his penis. The man is seen, during multiple scenes, inserting his penis as well as other objects into the girl's genitals.

- A 6 minute and 8 second video file titled, "33ec1e44cf53db4aeee34dbec569cbee - 2007 anal clown girl man oral sound tara toys" depicting multiple scenes between what appears to be an adult man wearing a clown mask and what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair wearing a green and purple in color mask. The man is seen sitting in a chair, with the girl kneeling down in front of him, while he is holding the girls head against his penis with her mouth around his penis. The man is seen standing behind the girl while inserting a large rigid object into her genitals while she is kneeling on a bed. The man is seen standing next to the girl inserting a large rigid object into her genitals, while she is laying on her back on a bed with her legs in the air and being held apart by the man. The girl appears to be in pain.

- A 12 minute and 56 second video file titled,

7

"86e3986a7d695b17f377624c404aa62b - 69 anal clown girl tara man oral petting pthc sound toys vaginal" depicting multiple scenes between what appears to be an adult man wearing a clown mask and what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair wearing a green and purple in color mask. The man is seen, during multiple scenes, inserting objects into the girl's genitals, including his fingers, his penis, and a pink rigid object.

- A 7 minute and 13 second video file titled, "0771d184994386c9a06a50236b67fbe9 - 2013 anal girl man oral pthc sound tara" depicting multiple scenes between what appears to be an adult man and what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair. The man is seen, during multiple scenes, inserting his penis and his fingers into the girl's genitals. The girl appears to be in pain. This video appears to be between the same man and girl, and in the same room, as video "9b6763a6fac154a1c1601d3cd33f73b1 - 2007 anal girl man oral pthc sound tara toys.wmv".

- A 5 minute and 57 second video file titled, "ba9f5a1257b017c8fecb80e91747fc3b - girl masturbation ptsc sound tara toys" depicting what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair wearing a green and purple mask sitting in a chair inserting her fingers and a pink rigid object into her vagina. This video appears to be the same girl in the same room, as video "33ec1e44cf53db4aeee34dbec569cbee - 2007 anal clown girl man oral sound tara toys"

10. On April 26, 2025, between 8:52pm and 9:10pm, a download was successfully completed of multiple files that a device using the Subject IP Address was making available. The device using the Subject IP Address was associated with a torrent with the infohash:

8

ef0e191e55dfed3ff4cd977b6907e8e83a07724a. This torrent file referenced 8 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. The device using the Subject IP Address was the sole candidate for each download, and as such, each file was downloaded directly from the Subject IP Address. The following files were reviewed by the affiant and are described as follows:

- A 7 minute and 4 second video file titled, "1.mp4", containing multiple scenes, consistent with child pornography, including a scene depicting what appears to be a prepubescent girl due to lack of visible pubic hair wearing a black and white dress with an adult man's hand touching her cartoon underwear and erect penis pressed against her genitals. Another scene depicting what appears to be a prepubescent girl due to lack of visible breast development and lack of visible pubic hair, laying naked on her back on a bed facing the camera and then turns to lay face down, while rubbing her genitals against an adult man laying naked on his back with his penis touching her genitals. Another scene depicting what appears to be a prepubescent girl, due to lack of visible breast development and lack of visible pubic hair, sitting on a bed with touching what appears to be an adult penis with her mouth. Another scene depicting what appears to be a prepubescent child, due to lack of visible breast development, laying on a bed with green bedsheets with ladybug designs, with touching what appears to be an adult penis with her mouth.
- A 38 second video file titled, "5.AVI" depicting what appears to be a prepubescent girl, due to lack of visible pubic hair, laying naked on her back on purple floral bedspread, with a blindfold on and what appears to be black restraints on her wrists. An adult hand rubs her body, including her breasts, and then tickles her.

11. On May 20, 2025, surveillance was conducted, by your affiant, at the Subject

9

Premises. The residence includes a two-car garage facing the rear of the property, matching the trim pattern of the residence, that is only accessible from the adjoining street. The residence located on the Subject Premises has the number "734" affixed to the framing next to the door.

12. On June 18, 2025, surveillance was conducted, by FBI Cincinnati, at the Subject Premises. During this surveillance, a man resembling GOODE was seen leaving the residence in a white KIA Seltos, bearing Ohio License plate GZV 9854.

13. On or about September 24, 2025, a query of the Ohio Law Enforcement Gateway (OHLEG) identified Richard Goode as the current registered owner of a white 2022 KIA Seltos SUV bearing Ohio license plate GZV9854 registered at the Subject Premises, with an expiration date of September 9, 2026.

14. On September 29, 2025, your affiant conducted open-source searches and learned, among other things, that the Subject Premises was purchased by Richard GOODE in October 2022 and is still owned by GOODE.

15. On or about September 29, 2025, your affiant conducted a query of law enforcement databases and learned, among other things, the following: The Subject IP Address is associated with the download of approximately 41,670 files of interest, using BitTorrent software, between the dates of October 7, 2023, and June 27, 2025.

- On June 27, 2025, device Subject IP Address, port 53879, was associated with a torrent file with the infohash: ae0a962f3006daa079439c9d01a9818b7921ed42.
    - This torrent file referenced files of investigative interest to child pornography investigations.
    - This infohash was described as a file containing "infant toddler sexual abuse by female adult".

16. As noted above, the subscriber information provided by Alta Fiber indicated that

10

the subscriber of the Subject IP Address during the BitTorrent downloads identified above was Richard GOODE with a service address of the Subject Premises. GOODE was also identified in a separate investigation as the owner of a cryptocurrency wallet that had deposited cryptocurrency directly into known wallets controlled by website hosting CSAM in September of 2023. Recent open-source searches, surveillance, and OHLEG queries supported my belief that GOODE continued to reside at the Subject Premises connected to the Subject IP Address. Accordingly, based on this and my training and experience outlined above regarding characteristics common to individuals with intent to collect, receive, and distribute, child pornography, I applied for a search warrant of the Subject Premises. On October 6, 2025, the Honorable Karen L. Litkovitz, United States Magistrate Judge for the Southern District of Ohio issued a residential search warrant for the Subject Premises (Case No. 1:25-MJ-769).

17. On October 7, 2025, FBI executed the search warrant at the Subject Premises, which is located in the Southern District of Ohio. Richard GOODE was present at the residence upon execution. Approximately 9 electronic devices and electronic storage devices, including a desktop computer, cell phones, and laptops were seized from the Subject Premises. During the execution of the search warrant, FBI Agents discovered a desktop computer. A cursory preview search of the desktop computer was performed on-site and determined to contain what appeared to be images and videos of CSAM. Specifically, in a folder named "vid" on the desktop of the computer containing a 3 minute and 39 second video file, titled "62 pedomom 4" depicting multiple scenes of various sexual acts between adults and toddlers, including scenes depicting the exposed genitals of infants.

## **CONCLUSION**

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that Richard GOODE, residing at 734 Chase Avenue, Cincinnati, Ohio, distributed child pornography on

11

or about October 7, 2023 through June 27, 2025 and possessed child pornography on or about October 7, 2025, all in the Southern District of Ohio and elsewhere, in violation of Title 18, United States Code, §§ 2252A(a)(2) and 2252(a)(5)(B), respectively. Therefore, I respectfully request that the Court authorize a criminal complaint and arrest warrant for Richard GOODE.

                        Respectfully submitted,

                        Hannah Gilmore
                        Special Agent
                        Federal Bureau of Investigation

Subscribed and sworn to and before me via FaceTime Video Conference on October __7__ 2025

_____
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE